GINA M. CHANG, Bar No. 260747
gchang@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

RYAN L. EDDINGS, Bar No. 256519
reddings@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue, Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DUBOSE,<br><br>   Plaintiff,<br><br>   v.<br><br>WAL-MART ASSOCIATES, INC. and Does 1-10,<br><br>   Defendant. | Case No. 2:12-CV-01122-KJM-CKD PS<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 28 DAYS**<br><br>[L.R. 144(a)]<br><br>Current Response Date: May 3, 2012<br>New Response Date: May 31, 2012 |

Plaintiff WILLIAM DUBOSE ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC. ("Defendant"), by and through counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), hereby stipulate to a 28-day extension of time for Defendant to respond to Plaintiff's initial Complaint in this matter.

Defendant removed this action to the United States District Court for the Eastern District of California on April 26, 2012. Pursuant to Federal Rules of Civil Procedure Rule

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

2:12-CV-01122-KJM-CKD

[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 28 DAYS (L.R. 144(a))

1  81(c)(2)(C), Defendant is required to respond to the Complaint on or before May 3, 2012. Pursuant
2  to Eastern District Local Rule 144, the Parties stipulate and agree to extend this date by 28 days, to
3  May 31, 2012. This extension is necessary because the Parties are currently attempting to resolve
4  their disputes, and the extension will permit the Parties to resolve the matter and fully dismiss this
5  action with prejudice without incurring the expense of filing unnecessary pleadings. There have
6  been no previous extensions of time in this action and there appear to be no prejudice extending the
7  time for Defendant to respond to the Complaint.

8  WHEREFORE, for the foregoing reasons, the parties stipulate to this extension for
9  Defendant to file an answer or otherwise respond to the Complaint on or before May 31, 2012.

10  IT IS SO STIPULATED.

12  Dated: May 1, 2012

WILLIAM DUBOSE
In Pro Per

16  Dated: May 1, 2012

GINA CHANG
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

20  IT IS SO ORDERED.

22  Dated: May 2, 2012      /s/ Carolyn K. Delaney
U.S. MAGISTRATE JUDGE
CAROLYN K. DELANEY

Firmwide:111013332.1 015602.8105

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

2:12-CV-01122-KJM-CKD   2.   [PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 28 DAYS (L.R. 144(a))