1  GINA M. CHANG, Bar No. 260747
   gchang@littler.com
2  LITTLER MENDELSON, P.C.
   50 W. San Fernando, 15th Floor
3  San Jose, California  95113.2303
   Telephone:   408.998.4150
4  Facsimile:   408.288.5686

5  RYAN L. EDDINGS, Bar No. 256519
   reddings@littler.com
6  LITTLER MENDELSON, P.C.
   5200 North Palm Avenue, Suite 302
7  Fresno, California  93704.2225
   Telephone:   559.244.7500
8  Facsimile:   559.244.7525

9  Attorneys for Defendant
   WAL-MART ASSOCIATES, INC.
10

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  WILLIAM DUBOSE, | Case No.  2:12-CV-01122-KJM-CKD |
| 14           Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [F.R.C.P. 41(A)(1)]** |
| 15     v. | |
| 16  WAL-MART ASSOCIATES, INC. and Does 1-10, | |
| 17           Defendant. | |

20     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WILLIAM

21  DUBOSE, acting pro se, and Defendant WAL-MART ASSOCIATES, INC. acting through its

22  designated counsel, that the above-captioned action shall be dismissed with prejudice in its entirety

23  pursuant to Federal Rule of Civil Procedure 41(a)(l), with each party to bear its own attorneys' fees

24  and costs.

28

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE OF ENTIRE
ACTION [F.R.C.P. 41(A)(1)]

Case No. 2:12-CV-01122-KJM-CKD

Respectfully submitted,

Dated: May __, 2012

_____
WILLIAM DUBOSE
In Pro Per

Respectfully submitted,

Dated: May __, 2012

_____
GINA CHANG
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

IT IS SO ORDERED.

Dated: May 17, 2012        /s/ Carolyn K. Delaney
                           U.S. MAGISTRATE JUDGE

Firmwide:111487184.1 015602.8105

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [F.R.C.P. 41(A)(1)]      2.      Case No. 2:12-CV-01122-KJM-CKD