1   GINA M. CHANG, Bar No. 260747
    gchang@littler.com
2   LITTLER MENDELSON, P.C.
    50 W. San Fernando, 15th Floor
3   San Jose, California  95113.2303
    Telephone:     408.998.4150
4   Facsimile:     408.288.5686

5   RYAN L. EDDINGS, Bar No. 256519
    reddings@littler.com
6   LITTLER MENDELSON, P.C.
    5200 North Palm Avenue, Suite 302
7   Fresno, California  93704.2225
    Telephone:     559.244.7500
8   Facsimile:     559.244.7525

9   Attorneys for Defendant
    WAL-MART ASSOCIATES, INC.

10

11                  UNITED STATES DISTRICT COURT

12                EASTERN DISTRICT OF CALIFORNIA

13  WILLIAM DUBOSE,                      Case No.  2:12-CV-01122-KJM-CKD

14              Plaintiff,               **STIPULATION AND ORDER FOR
                                         DISMISSAL WITH PREJUDICE OF ENTIRE
15      v.                               ACTION [F.R.C.P. 41(A)(1)]**

16  WAL-MART ASSOCIATES, INC. and
    Does 1-10,
17
                Defendant.
18

19

20         IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WILLIAM

21  DUBOSE, acting pro se, and Defendant WAL-MART ASSOCIATES, INC. acting through its

22  designated counsel, that the above-captioned action shall be dismissed with prejudice in its entirety

23  pursuant to Federal Rule of Civil Procedure 41(a)(l), with each party to bear its own attorneys' fees

24  and costs.

25

26

27

28

LITTLER MENDELSON, P.C
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE OF ENTIRE
ACTION [F.R.C.P. 41(A)(1)]

Case No. 2:12-CV-01122-KJM-CKD

1          Respectfully submitted,

2    Dated: May __, 2012

3          _____
          WILLIAM DUBOSE
4          In Pro Per

5

6          Respectfully submitted,

7

8    Dated: May __, 2012
          _____
9          GINA CHANG
          LITTLER MENDELSON
          A Professional Corporation
10         Attorneys for Defendant
          WAL-MART ASSOCIATES, INC.

11

12         IT IS SO ORDERED.

13

14   Dated: May 17, 2012          /s/ Carolyn K. Delaney
          U.S. MAGISTRATE JUDGE

15

16

17   Firmwide:111487184.1 015602.8105

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE OF ENTIRE          2.          Case No. 2:12-CV-01122-KJM-CKD
ACTION [F.R.C.P. 41(A)(1)]