IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM DUBOSE,

       Plaintiff,                    No. CIV S-12-1122 KJM CKD PS

    vs.

WAL-MART ASSOCIATES, INC.

       Defendants.                <u>ORDER</u>

_____ /

        This action was removed from state court. Pending before the court is the parties' stipulation and proposed order to seal one page of a document attached as an exhibit to the complaint filed in state court. The one page comprises a portion of a written settlement agreement entered into by the parties. The document contains no private information and appears to be nothing more than routine boilerplate used in settlement documents. Good cause for sealing having not been shown, the request will be denied. <u>See generally</u> <u>Foltz v. State Farm Mut. Auto Ins. Co.</u>, 331 F.3d 1122 (9th Cir 2003).

///

///

///

///

1

1   Accordingly, IT IS HEREBY ORDERED that the request to seal (dkt. no. 11) is
2 denied.
3   Dated: May 23, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 dubose.seal